

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00297-CV

**WESTRIDGE ESTATES HOMEOWNERS ASSOCIATION**,
Appellant

v.

Omar **CANALES** and Marlo C. Canales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-976
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

On August 2, 2016, appellant's counsel filed a motion to withdraw. The motion complies with Texas Rule of Appellate Procedure 6.5 and appellant, Westridge Estates Homeowners Association, has not filed an objection to the motion. The motion is therefore GRANTED. *See* TEX. R. APP. P. 6.5.

Appellant's brief was due to be filed by August 12, 2016. Neither the brief nor a motion for extension of time have been filed. **It is therefore ORDERED that appellant show cause in writing within (21) twenty-one days of the date of this order why this appeal should not be dismissed for want of prosecution.** *See* TEX. R. APP. P. 38.8(a).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court